Ernest Carter,                                                     Civil No. 17-1061 (DWF/HB)

                    Plaintiff,

v.                                                                 **ORDER ADOPTING REPORT**
                                                                   **AND RECOMMENDATION**

Jan Rysh, MN DOC Oak Park Heights
Medical; Darin Haugland, MN DOC Oak
Park Heights Medical; Dr. Craane, MN
DOC Oak Park Heights Medical; K.
Rueckek, MN DOC St. Cloud; and
Timothy Hiesterman, MN DOC St. Cloud,

                    Defendants.

The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Hildy Bowbeer dated July 13, 2018.  (Doc. No. 67.)  In

the Report and Recommendation, the Magistrate Judge recommended that the Minnesota

Department of Corrections and Defendant Katie Rueckert's[1] Motion to Dismiss be

granted and that the official-capacity § 1983 claim for monetary damages against

Defendant Rueckert be dismissed with prejudice.  The Magistrate Judge also explained

that it would grant Plaintiff an opportunity to file a second amended complaint to sue

Rueckert and the other Defendants in their personal capacities as well as their official

capacities, and to add a request for equitable relief.  (Doc. No. 67 at 7.)  Plaintiff has

separately sought an extension of time to file an amended complaint, but has not filed

---

[1]      The Magistrate Judge indicated the defendant named "K. Rueckek" in the
Complaint is actually Katie Rueckert.

objections to the Report and Recommendation in the time period permitted.  The factual

background for the above-entitled matter is clearly and precisely set forth in the Report

and Recommendation and is incorporated by reference.  Based upon the Report and

Recommendation of the Magistrate Judge and upon all of the files, records, and

proceedings herein, the Court now makes and enters the following:

**ORDER**

1.      Magistrate Judge Hildy Bowbeer's July 13, 2018 Report and

Recommendation (Doc. No. [67]) is **ADOPTED**.

2.      The Minnesota Department of Corrections and Defendant Katie Rueckert's

Motion to Dismiss (Doc. No. [33]) is **GRANTED**, and the official-capacity § 1983 claim

for monetary damages against Defendant Katie Rueckert is **DISMISSED WITH**

**PREJUDICE**.

Dated:  August 9, 2018          s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge